1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletree.com
2  ROSHNI C. KAPOOR, CA Bar No. 310612
   roshni.kapoor@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA  94105
   Telephone:     415.442.4810
6  Facsimile:     415.442.4870

7  Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
8
   BRAD STUCKEY, CA Bar No. 214971
9  bstuckey@rdwlaw.com
   ROBINSON DI LANDO, APLC
10 801 South Grand Avenue, Suite 500
   Los Angeles, CA  90017
11 Telephone:     213.229.0100
   Facsimile:     213.229.0114
12
   Attorneys for Plaintiff
13 CHERRY MCCAUGHAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERRY MCCAUGHAN,<br><br>                  Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC., a Delaware corporation; DOES 1 to 25, inclusive,<br><br>                  Defendant. | Case No. 3:18-cv-03056-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br><br>Complaint Filed:  March 29, 2018<br>Trial Date:           November 18, 2019<br>Judge:                 Hon. Edward M. Chen |

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated against all parties, with each party to bear its own attorney's fees and costs.

DATED: March 13, 2019　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Gregory C. Cheng*
　　GREGORY C. CHENG
　　ROSHNI C. KAPOOR
　　Attorneys for Defendant
　　HOME DEPOT U.S.A., INC.

DATED:  March 13, 2019　　　　　　　　　　ROBINSON DI LANDO, APLC

By: /s/ *Brad Stuckey*
　　BRAD STUCKEY
　　Attorneys for Plaintiff
　　CHERRY MCCAUGHAN

**[PROPOSED] ORDER**

The Court, having considered the Stipulation of Plaintiff and Defendant, hereby dismisses Case. No. 3:18-cv-03056-EMC with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

Dated: March 13, 2019

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE